UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOP, LLC | CIVIL ACTION |
| VERSUS | NO. 10-1423 |
| MAURICE S. KANSAS ET AL. | SECTION "K" (2) |

**O R D E R**

The court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants must pay NOP, LLC $250,828.64 in costs, including reasonable attorney's fees and other reimbursable expenses. The judgment will be amended accordingly.

New Orleans, Louisiana, this 18th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE